IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| O'REILLY AUTOMOTIVE, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIV. ACT. NO. 1:20-cv-395-TFM-C |
| UNIVERSITY OF SOUTH ALABAMA,<br>By and through its division USA Health | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED without prejudice**, for lack of subject matter jurisdiction.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 29th day of March, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE